

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EAG:EMN
F.#2008R01634

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 24, 2011

By ECF and Hand

The Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Bartolomeo Vernace
           Criminal Docket No. 11-005 (SLT)

Dear Judge Townes:

      The government respectfully writes to update the Court with respect to its anticipated submission regarding actual or potential attorney conflicts of interest in the above-captioned case. At the status conference held on February 4, 2011, the government estimated that it would be able to make any such submission on or before February 25, 2011.

      A number of issues have emerged that require further consideration, and the government is not yet prepared to fully address all of the actual or potential conflicts. Accordingly, the government respectfully requests three additional weeks – *i.e.*, until March 18, 2011 – to make its submission.

      Respectfully submitted,

      LORETTA E. LYNCH
      UNITED STATES ATTORNEY

By:    /s/
     Evan M. Norris
     Assistant U.S. Attorney
     (718) 254-6376

cc:  Counsel of Record (by ECF)
     Clerk of Court (SLT) (by ECF)