

*U.S. Department of Justice*

*United States Attorney
Eastern District of New York*

EMN
F.#2008R01634

*271 Cadman Plaza East
Brooklyn, New York 11201*

March 21, 2011

By U.S. Mail and ECF

Charles Carnesi
1225 Franklin Avenue
Suite 325
Garden City, NY 11530

       Re:  United States v. Bartolomeo Vernace
            Criminal Docket No. 11-005 (SLT)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed with this letter discovery in the above-referenced matter.  Please also consider this letter to be the government's request for reciprocal discovery.

      Note that previous disclosures in this case were made to your predecessor counsel, Gerald Shargel, Esq., in person as well as via ECF.

The Defendant's Arrest Paperwork

      Enclosed is miscellaneous paperwork associated with the defendant's January 20, 2011 arrest, including a fingerprint form, FBI reports reflecting pedigree information and other statements provided by the defendant, and other documents.

2

      Please let me know if you have any questions or requests.

                                      Very truly yours,

                                      LORETTA E. LYNCH
                                      United States Attorney

                         By:     /s/
                                      Evan M. Norris
                                      Assistant U.S. Attorney
                                      (718) 254-6376

Encl.

cc:  Clerk of Court (SLT) (by ECF, w/o encl.)