

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

EMN:smm
F.#2008R01634

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 25, 2011

By U.S. Mail and ECF

All Counsel of Record

      Re:  United States v. Vernace, et al.
           Criminal Docket No. 11-005 (SLT)

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government furnishes the following discovery in the above-referenced case. The government requests reciprocal discovery from the defendants.

    The discovery listed below is being forwarded to First Choice Copy (Jagg Management), order number **26351**, and will be available on Monday. You may access these materials by calling Joe Meisner, who can be reached at the following telephone number: (718) 381-1480, ext. 212.

Consensual Recordings

| Discovery Exhibit # | Description |
|---|---|
| 6 | 4 CDs containing consensually recorded conversations made by a cooperating witness. An index of these recordings and the recordings previously included in Discovery Exhibit # 4, including a partial list of participants, is enclosed but not filed on ECF.[1] |

---

[1] This index, as well as the indices previously provided and that may be provided subsequently, is provided solely for your convenience, does not purport to be complete or accurate and cannot be used against the government in any way.

2

<u>Draft Transcript Stipulations</u>

        Enclosed please find a draft transcript stipulation. Please sign and return the original to the undersigned.

        Please let us know if you have any questions or requests.

                                  Very truly yours,

                                  LORETTA E. LYNCH
                                  United States Attorney

                         By:     /s/
                                  Evan M. Norris
                                Stephen E. Frank
                                Assistant U.S. Attorneys
                                (718) 254-6376/6143

Encl.

cc:  Clerk of Court (SLT) (by ECF, w/o encl.)