

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

EMN:smm
F.#2008R01634

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 1, 2011

By ECF

All Counsel of Record

>       Re:   United States v. Vernace, <u>et</u> <u>al</u>.
>             <u>Criminal Docket No. 11-005 (SLT)</u>

Dear Counsel:

        Pursuant to Rule 16 of the Federal Rules of Criminal
Procedure, the government furnishes the following discovery in
the above-referenced case.  The government requests reciprocal
discovery from the defendants.

        The discovery listed below has been forwarded to First
Choice Copy (Jagg Management), order number **26350**.  You may
access these materials by calling Joe Meisner, who can be reached
at the following telephone number: (718) 381-1480, ext. 212.

<u>John D'Agnese and Richard Godkin Homicides</u>

| Discovery Exhibit # | Bates Range | Description |
|---|---|---|
| 7 | 000001-000021 | Crime scene photographs (1-9), two crime scene reports and one forensic report |
| 8 | 000022-000040 | Autopsy reports and medical examiner files for John D'Agnese and Richard Godkin |

<u>Search Warrants</u>

| | | |
|---|---|---|
| 9 | 000041-000113 | Materials related to search warrant executed at Cafe Via Veneto (1999) |
| 10 | 000114-000155 | Materials related to search warrant executed at Cafe Milan Sport (2001) |

2

| 11 | 000156-000285 | Materials related to search warrant executed at Cafe Milan Sport (2002) |
| 12 | 000286-000408 | Materials related to search warrant executed at Cafe Euro (2011) |

Please let us know if you have any questions or requests.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By: _____/s/_____

Evan M. Norris
Stephen E. Frank
Assistant U.S. Attorneys
(718) 254-6376/6143

cc:  Clerk of Court (SLT) (by ECF)