## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

BEFORE: **TOWNES, J.**          DATE: __APRIL 5, 2011__          TIME: __11:00 a.m.__

DOCKET #: CR-11-00005                    TITLE: *U.S.A. v. Bartolomeo Vernace, et al*

CR/ESR: ___Sheldon Silverman___          DEPUTY CLERK: **Stanley Kessler**

INTERPRETER: _____    AUSA: __Evan Norris - #6376__  *Jacqueline Rasulo, AUSA*

DEF'T #1 NAME: __Bartolomeo Vernace__    ATT'Y: **Charles F. Carnesi, Esq.**
✓ Present _ Not Present ✓ In Custody      ✓ Present _ Not Present

### CRIMINAL CAUSE FOR CURCIO HEARING

_✓_ Case called for Curcio hearing.

_✓_ Defendant _____ present with counsel.

___ Defendant _____ present without counsel.

___ Counsel present without defendant _____.

_✓_ Curcio counsel **Gary Villaneuva** also present.

___ Spanish interpreter _____ present.

___ Speedy trial exclusion order entered.  Code: ___ Start _____ Stop _____

___ Status conference set for _____ @ _____.

_✓_ *After being advised of the existence of a potential conflict of interest with respect to his attorney, the defendant states that he wishes to continue to be represented by Charles Carnesi, Esq.*

TIME: __0/15__