FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 07 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

    - against -

BARTOLOMEO VERNACE, et al.,

    Defendants.

- - - - - - - - - - - - - - - - - -X

LIMITED UNSEALING ORDER

Crim. No. 11-005 (SLT)

    Application having been made on behalf of the United States, by Assistant United States Attorney Evan M. Norris, for an order authorizing the unsealing and disclosure of the affidavit filed on January 10, 2011 before the Honorable Marilyn D. Go, United States Magistrate Judge, Eastern District of New York, in In the Matter of the Application for a Search Warrant for: The Commercial Premises Known and Described as "Cafe Euro," Located on the First Floor of 69-44 Cooper Avenue, Queens, New York and the Person of Giancarlo Terzo, Mag. Docket No. 11-026 (MDG) (the "Search Warrant Affidavit"),
and full consideration having been given to the matter set forth therein and good cause having been shown,

    IT IS HEREBY ORDERED that:

    1.    The Search Warrant Affidavit filed in Mag. Docket No. 11-026 (MDG) be unsealed for the limited purpose of permitting the government to fulfill its disclosure obligations in the above-captioned case, and to assist the United States Attorney's Office for the Southern District of New York ("USAO-SDNY") in complying with its disclosure obligations in United

States v. Joseph Corozzo, et al., Crim. Docket No. 11-012 (RMB) (S.D.N.Y.) ("Corozzo").

    2. The foregoing shall remain under seal for all other purposes pending further order of this Court or another other court of competent jurisdiction.

    SO ORDERED.

Dated: Brooklyn, New York
      April 4, 2011

/THE HONORABLE SANDRA L. TOWNES
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK