**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

---

EMN
F.#2008R01634

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 15, 2011

<u>By ECF and Hand</u>

The Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  <u>United States v. Bartolomeo Vernace, et al.</u>
           <u>Criminal Docket No. 11-005 (SLT)</u>

Dear Judge Townes:

     The government respectfully requests that the Court adjourn the status conference in the above-captioned matter, which is scheduled for June 17, 2011. The Court's Deputy, Ms. Frullo, has advised that June 30, 2011 at 11:00 a.m. is available in the event the Court grants the adjournment. The government has conferred with defense counsel, who consent to this request and to the exclusion of time within which trial must commence.

     The government therefore respectfully requests an adjournment of the next status conference to June 30, 2011 and an exclusion of time from June 17, 2001 to June 30, 2011 based on the ends of justice. <u>See</u> 18 U.S.C. § 3161(h)(7)(A), (7)(B)(ii).

                                Respectfully submitted,

                                LORETTA E. LYNCH
                              United States Attorney
                              Eastern District of New York

                  By:    <u>/s/</u>
                        Evan M. Norris
                        Stephen M. Frank
                        Assistant U.S. Attorneys
                        (718) 254-6376/6143

cc:    Counsel of Record (by ECF)
       Clerk of Court (SLT) (by ECF)