

*U.S. Department of Justice*

*United States Attorney
Eastern District of New York*

---

EMN
F.#2008R01634

*271 Cadman Plaza East
Brooklyn, New York 11201*

June 23, 2011

By ECF

All Counsel of Record

    Re:  United States v. Vernace, et al.
          Criminal Docket No. 11-005 (SLT)

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government furnishes the following discovery in the above-referenced case. The government requests reciprocal discovery from the defendants.

    The discovery listed below is being forwarded to First Choice Copy (Jagg Management), order number **60041**. You may access these materials by calling Joe Meisner, who can be reached at the following telephone number: (718) 381-1480, ext. 212.

| Discovery Exhibit # | Bates Range | Description |
|---|---|---|
| 19 | 000678-004575 | Miscellaneous documents from the NYPD and Queens County District Attorney files relating to the John D'Agnese and Richard Godkin murders |
| 20 | 004576-004591 | Cafe Love, Inc. New York State corporate records |
| 21 | 004592-004817 | Flipper Realty LLC financial records |
| 22 | - | Title III recordings from 69-44 Cooper Avenue, Glendale, New York (2009), which may include oral statements of the defendants |
| 23 | 004818-004927 | Miscellaneous surveillance photographs<br>• 5/23/80<br>• 6/27/80<br>• 7/20/88 |

2

| 24 | 004928-004982 | 69-44 Cooper Avenue Property Records |
| 25 | 004983-004997 | Miscellaneous surveillance photographs and videos<br>• Video compilation (2010, 2011)<br>• 9/9/10 (photographs)<br>• 11/22/10 (photographs) |
| 26 | 004998-004999 | Postcard |
| 27 | 005000-005005 | New York Daily News articles (4/12/81, 4/13/81)[1] |
| 28 | 005006-005016 | Cafe Love, Inc. Delaware corporate records |

Please let us know if you have any questions or requests.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:     /s/
Evan M. Norris
Stephen E. Frank
Assistant U.S. Attorneys
(718) 254-6376/6143

cc:  Clerk of Court (SLT) (by ECF)

---

[1] The government is in possession of physical copies of The New York Daily News for April 11, 12 and 13, 1981, and The New York Post for April 11 and 13, 1981, all of which can be inspected at a mutually agreeable time. The only articles relating to the Godkin and D'Agnese homicides in the foregoing newspapers are those included in Discovery Exhibit 27.