

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

EMN
F.#2008R01634

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 24, 2011

By U.S. Mail and ECF

Charles Carnesi
1225 Franklin Avenue
Suite 325
Garden City, NY 11530

> Re:  United States v. Bartolomeo Vernace
>      Criminal Docket No. 11-005 (SLT)

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed with this letter discovery in the above-referenced matter. Please also consider this letter to be the government's request for reciprocal discovery.

| Discovery Exhibit # | Bates Range | Description |
|---|---|---|
| 29 | - | The defendant's BOP telephone calls from January 24, 2011 to June 15, 2011 |
| 30 | 005017-005024 | The defendant's BOP records |

2

Please let us know if you have any questions or requests.

                                        Very truly yours,

                                        LORETTA E. LYNCH
                                        United States Attorney

                           By:     /s/
                                        Evan M. Norris
                                        Stephen E. Frank
                                        Assistant U.S. Attorneys
                                        (718) 254-6376/6143

Encl.

cc: Clerk of Court (SLT) (by ECF, w/o encl.)