

*U.S. Department of Justice*

*United States Attorney
Eastern District of New York*

EMN
F.#2008R01634

*271 Cadman Plaza East
Brooklyn, New York 11201*

June 30, 2011

By ECF

All Counsel of Record

      Re:  United States v. Vernace, et al.
           Criminal Docket No. 11-005 (SLT)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government furnishes the following discovery in the above-referenced case. The government requests reciprocal discovery from the defendants.

      The discovery listed below is being forwarded to First Choice Copy (Jagg Management), order number **60049**. You may access these materials by calling Joe Meisner, who can be reached at the following telephone number: (718) 381-1480, ext. 212.

| Discovery Exhibit # | Bates Range | Description |
|---|---|---|
| 31 | 005025-005038 | Property records relating to 76-11 101st Avenue |
| 32 | 005039 | Anthony Ruggiano BOP records |
| 33 | - | Francine Ruggiano's christening (video) |
| 34 | 005040-005045 | Anthony Ruggiano - personal photographs |
| 35 | 005046-005073 | Anthony Ruggiano - telephone book |
| 36 | 005074-005089 | Anthony Ruggiano - address book |
| 37 | 005090-005116 | Anthony Ruggiano - family letters |
| 38 | 005117-005253 | Surveillance photographs from various gatherings (1982 to 2011) |

2

| 39 | 005254-005260 | Materials related to search warrant executed at Cafe Vita (1997) |
| 40 | 005261-005269 | Anthony Pipola BOP records |
| 41 | 005270-005287 | Joseph Corozzo BOP records |
| 42 | 005288-005295 | Materials related to search warrant executed at Cafe Giannini (1991) |

Please let us know if you have any questions or requests.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:     /s/
Evan M. Norris
Stephen E. Frank
Assistant U.S. Attorneys
(718) 254-6376/6143

cc:  Clerk of Court (SLT) (by ECF)