```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

    - against -                              11 CR 005 (SLT)

BARTOLOMEO VERNACE,

            Defendant.

- - - - - - - - -  - - - - - - - - X
```

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Nicole M. Argentieri hereby enters her appearance in the above-captioned matter.  The Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to the email address set forth below.

Dated:   Brooklyn, New York
         September 26, 2011

                                   Respectfully submitted,

                                   LORETTA E. LYNCH
                                   United States Attorney

                            By:         /s/
                                   Nicole M. Argentieri
                                   Assistant U.S. Attorney
                                   Eastern District of New York
                                   271 Cadman Plaza East
                                   Brooklyn, New York 11201
                                   nicole.argentieri@usdoj.gov
                                   (718) 254-6232

cc:   Clerk of the Court (via ECF)
      Counsel (via ECF)