

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EMN
F.#2008R01634

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 6, 2011

By ECF

All Counsel of Record

    Re:  United States v. Vernace, et al.
          Criminal Docket No. 11-005 (S-1) (SLT)

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government furnishes the following discovery in the above-referenced case. The government requests reciprocal discovery from the defendants.

    The discovery listed below has been forwarded to First Choice Copy (Jagg Management), order number **60093**. You may access these materials by calling Joe Meisner, who can be reached at the following telephone number: (718) 381-1480, ext. 212.

| Discovery Exhibit # | Bates Range | Description |
|---|---|---|
| 53 | - | 60 CDs containing recordings from August 26, 1992 to September 24, 1992 (related to previously produced discovery exhibits 51, 51A and 52) |

    Please let us know if you have any questions or requests.

    Very truly yours,

    LORETTA E. LYNCH
    United States Attorney

By:    /s/
    Evan M. Norris
    Stephen E. Frank
    Assistant U.S. Attorneys
    (718) 254-6376/6143

cc:  Clerk of Court (SLT) (by ECF)