UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA

       - against -

BARTOLOMEO VERNACE, *et al.*

              **Defendants.**
----------------------------------------------------------x

11 CR 005 (S1) (SLT)

AFFIRMATION

      JOSEPH DIBENEDETTO, an attorney duly admitted to the practice of law before the Courts of the state of New York, affirms the following to be true, under penalties of perjury;

      1.      I am co-counsel of record along with Charles Carnesi, Esq., for defendant Bartolomeo Vernace in the above-captioned matter, and as such I am fully familiar with the facts and circumstances surrounding his pretrial motions.

      2.      This affirmation and the memorandum of law filed herewith are respectfully submitted in support of Mr. Vernace's pretrial motions.

      3.      All facts relevant to Mr. Vernace's pretrial motions are contained within the memorandum of law and incorporated by reference herein.

Dated: New York, New York
       December 27, 2011

                             _____/s/_____
                             JOSEPH DIBENEDETTO
                             The Woolworth Building
                             233 Broadway, Suite 2707
                             New York, NY 10279
                             212-608-5858

                             jdibenedetto@dibenedettolaw.com