

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EMN
F.#2008R01634

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 23, 2012

<u>By ECF</u>

All Counsel of Record

    Re:  <u>United States v. Vernace, et al.</u>
         <u>Criminal Docket No. 11-005 (S-1) (SLT)</u>

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government furnishes the following discovery in the above-referenced case. The government requests reciprocal discovery from the defendants.

    The discovery listed below has been forwarded to First Choice Copy (Jagg Management), order number **60104**. You may access these materials by calling Joe Meisner, who can be reached at the following telephone number: (718) 381-1480, ext. 212.

| Discovery Exhibit # | Bates Range | Description |
|---|---|---|
| 54 | - | 69 CDs containing recordings from October 26, 1992 to November 24, 1992 (related to previously produced discovery exhibits 51, 51A, 52 and 53) |

    Please let us know if you have any questions or requests.

                  Very truly yours,

                  LORETTA E. LYNCH
                  United States Attorney

        By:    /s/
             Evan M. Norris
             Stephen E. Frank
             Assistant U.S. Attorneys
             (718) 254-6376/6143

cc:  Clerk of Court (SLT) (by ECF)