

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EMN
F.#2008R01634

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 6, 2012

By Fed Ex & ECF

Charles Carnesi
1225 Franklin Avenue
Suite 325
Garden City, NY 11530

Joseph DiBenedetto
233 Broadway, Suite 27207
New York, NY 10279

Joseph R. Corozzo, Jr.
Rubinstein & Corozzo LLP
260 Madison Avenue
New York, NY 10016

       Re:  United States v. Vernace, et al.
            Criminal Docket No. 11-005 (S-1) (SLT)

Dear Counsel:

      Pursuant to the draft transcript stipulation you have entered into on behalf of your respective clients, the government furnishes the following draft transcripts in the above-referenced case.

| Discovery Exhibit # | Description |
|---|---|
| 55 | Draft transcripts dated between approximately April 13, 1999 and March 8, 2001(related to previously produced Discovery Exhibit 3) |
| 56 | Draft transcripts dated between approximately August 2005 and August 2007 (related to previously produced Discovery Exhibits 4 and 6) |

Please let us know if you have any questions or requests.

                                        Very truly yours,

                                        LORETTA E. LYNCH
United States Attorney

                           By:     /s/_____
Evan M. Norris
Stephen E. Frank
Assistant U.S. Attorneys
(718) 254-6376/6143

Encl.

cc: Clerk of Court (SLT) (by ECF)