THE LAW OFFICE OF
## JOSEPH DIBENEDETTO, P.C.
THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2707
NEW YORK, NEW YORK 10279
WWW.DIBENEDETTOLAW.COM

JOSEPH DIBENEDETTO*
*ADMITTED IN NY, NJ & DC

EDWARD S. PANZER
MARIO J. DEROSSI
OF COUNSEL

TELEPHONE: (212) 608-5858

FACSIMILE: (212) 732-5431

April 16, 2012

**VIA E.C.F. & FIRST CLASS MAIL**
The Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Bartolomeo Vernace, et al.
           11 CR 005 (S-1) (SLT)

Dear Judge Townes:

    Pursuant to the Court's directive, I am writing to inform the Court that Mr. Vernace joins in his co-defendant Mr. Wehnert's motion to dismiss the indictment based on irregularities in the special grand jury pursuant to Federal Rule of Criminal Procedure 6(b)(2). Additionally, Mr. Vernace joins in Mr. Dolphin's motion to compel the government to produce exculpatory and impeachment evidence reasonably in advance of trial.

                                Respectfully submitted,

                                  Joseph DiBenedetto

cc:  Government counsel
      All defense counsel
      (*Via* ECF)