# CRIMINAL MINUTE ENTRY

DOCKET NUMBER: 11-CR-0005-SLT

Date Received By Docket Clerk: _____ Docket Clerk Initials: _____

BEFORE JUDGE: Townes          DATE: 5/21/2012    TIME: _____

CRIMINAL CAUSE FOR Status Conference    TIME IN COURT ___ HRS 30 MINS

DEFENDANT'S NAME: Bartolomeo Vernace    DEFENDANTS # 1

☒ Present  ☐ Not Present  ☒ Custody  ☐ Not Custody

DEFENSE COUNSEL: Joseph DiBenedetto
☐ Present ☐ Not Present ☐ Federal Defender ☐ CJA ☒ Retained

DEFENDANT'S NAME: Vito Cortesiano    DEFENDANTS # 2

☐ Present ☐ Not Present ☐ Custody ☒ Not Custody

DEFENSE COUNSEL: John Servider
☒ Present ☐ Not Present ☐ Federal Defender ☐ CJA ☒ Retained

DEFENDANT'S NAME: Michael Dolphin    DEFENDANTS # 3

☒ Present ☐ Not Present ☐ Custody ☒ Not Custody

DEFENSE COUNSEL: Sarita Kedia
☒ Present ☐ Not Present ☐ Federal Defender ☐ CJA ☒ Retained

A.U.S.A.: Evan M. Norris    PRETRIAL/PROBATION OFFICER _____

CASE MANAGER OR MAGISTRATE CLERICAL Lewis Hugh

COURT REPORTER: OR ESR OPERATOR Holly Driscoll    TAPE LOG _____

INTERPRETER: _____    LANGUAGE: _____

**Select the Type of Hearing or Trial**    CONTESTED [ ]YES    [ ]NO

| | | |
|---|---|---|
| [ ]Allocution Hearing | [ ]In Camera Hearing | [ ]Plea and Sentence |
| [ ]Arraignment | [ ]In Chambers Conference | [ ]Preliminary Examination |
| [ ]Attorney Appointment Hearing | [ ]Initial Appearance | [ ]Preliminary Revocation Hearing |
| [ ]Bench Trial | [ ]Initial Appearance-Material Witness | [ ]Pretrial Conference |
| [ ]Bond Forfeiture Hearing | [ ]Initial Appearance-Revocation Proceedings | [ ]Pro Se(Faretta) Hearing |
| [ ]Bond Hearing | [ ]Initial Appearance-Rule 5(c)(3) | [ ]Psychiatric Report Hearing |
| [ ]Bond Rrevocation Hearing | [ ]Forfeiture Hearing | [ ]Remand Hearing |
| [ ]Change of Plea Hearing | [ ]Franks Hearing | [ ]Revocation of Probation - Final Hearing |
| [ ]Competency Hearing | [ ]James Hearing | [ ]Revocation of Supervised Release-Final Hearing |
| [ ]Curcio Hearing | [ ]Jury Selection | [ ]Rule 44© Hearing |
| [ ]Daubert Hearing | [ ]Jury Trial | [ ]Scheduling Conference |
| [ ]Detention Hearing | [ ]Jury Trial-Death Penalty Phase | [ ] Sentencing |
| [ ]Detention Hearing Material Witness | [ ]Jury Trial-Sentence Enhancement Phase | [ ]Show Cause Hearing |
| [ ]Discovery Hearing | [ ]Markman Hearing | [✓]Status Conference |
| [ ]Dispositional Hearing (Juvenile) | [ ]Material Witness Hearing | [ ]Suppression Hearing |
| [ ]Docket Call | [ ]Motion Hearing | [ ]Telephone Conference |
| [ ]Evidentiary Hearing | [ ]Motion Hearing-Material Witness | [ ]Voir Dire |
| [ ]Extradition Hearing | [ ]Motions No longer Referred | |
| [ ]Fatico Hearing | [ ]Motions Referred Upon Consent to Magistrate Judge Disposition | |
| [ ]Forfeiture Hearing | [ ]Nebbia Hearing | [ ]Other (please specify) |
| [ ]Detention Hearing | [ ]Omnibus Hearing | |
| [ ]Hearing Out-Of -Jury Presence | [ ]Plea Agreement Hearing | |

**Select the action.**

[ ]Began    [ ]Held    [ ]Continued    [ ]Completed    [ ]Scheduled for

Date: _____    Time _____    FOR _____

Type of Hearing

DOCKET NUMBER:_____

Date Received By Docket Clerk:_____ Docket Clerk Initials:_____

BEFORE JUDGE:_____DATE:_____TIME:_____

CRIMINAL CAUSE FOR_____ TIME IN COURT____HRS **50** MINS

DEFENDANT'S NAME: **Anthony Vaglica**  DEFENDANTS # **4**

[✓] Present   [ ] Not Present   [ ] Custody   [✓] Not Custody

DEFENSE COUNSEL: **Charles Samuel Hochbaum**

[✓] Present  [ ] Not Present  [ ] Federal Defender  [ ] CJA  [✓] Retained

DEFENDANT'S NAME: **Robert Wehnert**   DEFENDANTS # **5**

[✓] Present   [ ] Not Present   [ ] Custody   [✓] Not Custody

DEFENSE COUNSEL: **Joseph Corozzo**

[✓] Present  [ ] Not Present  [ ] Federal Defender  [ ] CJA  [✓] Retained

DEFENDANT'S NAME:_____ DEFENDANTS #_____

[ ] Present   [ ] Not Present   [ ] Custody   [ ] Not Custody

DEFENSE COUNSEL:_____

[ ] Present  [ ] Not Present  [ ] Federal Defender  [ ] CJA  [ ] Retained

A.U.S.A.:_____ PRETRIAL/PROBATION OFFICER_____

CASE MANAGER OR MAGISTRATE CLERICAL_____

COURT REPORTER: OR ESR OPERATOR_____ TAPE LOG_____

INTERPRETER:_____ LANGUAGE:_____

**Select the Type of Hearing or Trial**    CONTESTED [ ]YES    [ ]NO

| | | |
|---|---|---|
| [ ]Allocution Hearing | [ ]In Camera Hearing | [ ]Plea and Sentence |
| [ ]Arraignment | [ ]In Chambers Conference | [ ]Preliminary Examination |
| [ ]Attorney Appointment Hearing | [ ]Initial Appearance | [ ]Preliminary Revocation Hearing |
| [ ]Bench Trial | [ ]Initial Appearance-Material Witness | [ ]Pretrial Conference |
| [ ]Bond Forfeiture Hearing | [ ]Initial Appearance-Revocation Proceedings | [ ]Pro Se(Faretta) Hearing |
| [ ]Bond Hearing | [ ]Initial Appearance-Rule 5(c)(3) | [ ]Psychiatric Report Hearing |
| [ ]Bond Rrevocation Hearing | [ ]Forfeiture Hearing | [ ]Remand Hearing |
| [ ]Change of Plea Hearing | [ ]Franks Hearing | [ ]Revocation of Probation - Final Hearing |
| [ ]Competency Hearing | [ ]James Hearing | [ ]Revocation of Supervised Release-Final Hearing |
| [ ]Curcio Hearing | [ ]Jury Selection | [ ]Rule 44© Hearing |
| [ ]Daubert Hearing | [ ]Jury Trial | [ ]Scheduling Conference |
| [ ]Detention Hearing | [ ]Jury Trial-Death Penalty Phase | [ ] Sentencing |
| [ ]Detention Hearing Material Witness | [ ]Jury Trial-Sentence Enhancement Phase | [ ]Show Cause Hearing |
| [ ]Discovery Hearing | [ ]Markman Hearing | [ ]Status Conference |
| [ ]Dispositional Hearing (Juvenile) | [ ]Material Witness Hearing | [ ]Suppression Hearing |
| [ ]Docket Call | [ ]Motion Hearing | [ ]Telephone Conference |
| [ ]Evidentiary Hearing | [ ]Motion Hearing-Material Witness | [ ]Voir Dire |
| [ ]Extradition Hearing | [ ]Motions No longer Referred | |
| [ ]Fatico Hearing | [ ]Motions Referred Upon Consent to Magistrate Judge Disposition | |
| [ ]Forfeiture Hearing | [ ]Nebbia Hearing | [ ]Other (please specify) |
| [ ]Detention Hearing | [ ]Omnibus Hearing | |
| [ ]Hearing Out-Of-Jury Presence | [ ]Plea Agreement Hearing | |

**Select the action.**

[ ]Began   [ ]Held   [ ]Continued   [ ]Completed   [ ]Scheduled for

Date:_____ Time_____ FOR_____

Type of Hearing

UTILITIES

[ ]–Util-Add Terminate Attorneys  [ ]–Util-Document Unsealed  [ ]–Util-Set/Reset Deadlines/Hearings
[ ]–Util-Bond-Set/Reset  [ ]–Util-Exparte Matter  [ ]–Util-Set/Reset Hearings
[ ]–Util-Case Sealed  [ ]–Util-Indictment Unsealed  [ ]–Util-Set/Reset Motion & R&R Deadlines/Headlines
[ ]–Util-Case Unsealed  [ ]–Util-Information Unsealed  [ ]–Util-Terminate Motions
[ ]–Util-Counts To Be Tried Separately  [ ]–Util-Interpreter Appointed  [ ]–Util-Terminate Partiest
[ ]–Util-Defendant Severed From Co-Defendants  [ ]–Util-Plea Entered
[ ]–Util-Document Sealed  [ ]–Util-Set/Reset Deadlines

Period of Excludable Delay/ Speedy Trial Start: 5/21/2012
Period of Excludable Delay/ Speedy Trial Stop: 8/2/2012

CODE TYPE: Please Circle

XA- Competency/Capacity Exam  XC- Trial on Other Charges  XD- Interlocutory Appeal  XE- Pretrial Motions
XF- Transfer Proceedings  XG- Motion under Advisement  XH- Miscellaneous Proceedings  XI- Prosecution deferred
XJ- Transportation from Other District  XK- Proposed Plea Agreement  XM- Unavailable Witness/Defendant  XN- Incompetency
XP- Superseding Indictment/charges  XR- Awaiting Trial of Co-Defendant  XT- Interest of Justice  XU- Withdrawal of Guilty Plea
XW- Grand Jury Indictment Tim extension

DOCKET CLERK SHALL ENTER UTILITY EVENT *SPEEDY TRAIL EXLUDABLE DELAY- START & SPEEDY TRIAL EXCLUDABLE DELAY-STOP*

**Do these minutes contain ruling(s) on motion(s)?** ❏ YES  ❏ NO

MOTION[S] TYPE and DOCUMENT NUMBER OF MOTION RULED ON:

_____

_____

TYPES OF DECISIONS

[ ]Adopting Report & Recommendation as to  [ ]Granting  [ ]Taking Under Advisement
[ ]Adopting in Part on Report & Recommendation as to  [ ]Granting In Part and Denying In Part  [ ]Temporarily Denying
[ ]Deferring Ruling on  [ ]Rescinding  [ ]Temporarily Granting
[ ]Denying  [ ]Settling  [ ]Temporarily Granting In Part and Denying In Part
[ ]Dismissing  [ ]Striking  [ ]Terminating
[ ]Entered  [ ]Submitted  [ ]Vacating
[ ]Finding as Moot  [ ]Sustaining  [ ]Withdrawing

Defendant Vernace's motion to dismiss Count 2 of the indictment because of the statute of limitations prevents prosecution is denied without prejudice for the reasons stated during the proceedings. Next status conference set for 5:00pm on August 2, 2012.