

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EMN
F.#2008R01634

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 31, 2012

<u>By ECF</u>

Charles Carnesi
1225 Franklin Avenue
Suite 325
Garden City, NY 11530

Joseph DiBenedetto
233 Broadway, Suite 27207
New York, NY 10279

Joseph R. Corozzo, Jr.
Rubinstein & Corozzo LLP
260 Madison Avenue
New York, NY 10016

Charles Hochbaum
Charles S. Hochbaum, P.C.
16 Court Street
Brooklyn, NY 11241

Sarita Kedia
Sarita Kedia Law Offices P.C.
5 East 22nd Street, Suite 7B
New York, NY 10010

John Servider
John A. Servider PC
65-12 69th Place
Middle Village, NY 11379

    Re:  United States v. Vernace, <u>et al</u>.
       <u>Criminal Docket No. 11-005 (S-1) (SLT)</u>

Dear Counsel:

   Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government furnishes the following discovery in

2

the above-referenced case. The government requests reciprocal discovery from the defendants.

The discovery listed below has been forwarded to First Choice Copy (Jagg Management), order number **80001**. You may access these materials by calling Joe Meisner, who can be reached at the following telephone number: (718) 381-1480, ext. 212.

| Discovery Exhibit # | Bates Range | Description |
|---|---|---|
| 57 | - | 3 CDs containing recordings made by a cooperating witness from approximately 6/18/10 to 10/2/10 |

Pursuant to the draft transcript stipulation counsel for Vernace, Wehnert and Vaglica have entered into on behalf of your respective clients, the government furnishes the following draft transcripts only to counsel for those defendants.

| Discovery Exhibit # | Description |
|---|---|
| 58 | Draft transcripts (related to Discovery Exhibit 57) |

Please let us know if you have any questions or requests.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By: \_\_\_\_\_/s/_____
Evan M. Norris
Amir H. Toossi
Assistant U.S. Attorneys
(718) 254-6376/6176

cc: Clerk of Court (SLT) (by ECF)